UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL BENBENEK, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     *vs*. | ) | 1:12-cv-00591-JMS-DML |
| | ) | |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, TERRI PRYOR-YOUNG, FARM BUREAU INSURANCE COMPANY, and RURAL INSURANCE AGENCY, INC., | ) ) ) ) ) | |
|     *Defendants.* | ) | |

## JUDGMENT

Consistent with the Court's Order entered this date, the Court now enters **FINAL JUDGMENT** in this matter.

Plaintiff Michael Benbenek's claims against Defendant Fidelity National Property and Casualty Insurance Company ("Fidelity") are hereby **DISMISSED WITH PREJUDICE such that Plaintiff shall take nothing by way of his Complaint against Defendant Fidelity**.

Mr. Benbenek's claims against Defendants Farm Bureau Insurance Company, Rural Insurance Agency, Inc., and Terri Pryor-Young are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

09/24/2013

*(signature)*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

- 2 -

**Distribution via ECF only:**

James H. Austen
STARR AUSTEN MYERS & MILLER, LLP
austen@starrausten.com

John F. Donaldson
MERCHO LEGAL SERVICES, LLC
jdonaldson@mercholegal.com

Gerald Joseph Nielsen
NIELSEN CARTER & TREAS, LLC
gjnielsen@nct-law.com

Katherine L. Shelby
BINGHAM GREENEBAUM DOLL LLP
kshelby@bgdlegal.com

Shannon G. Starr
STARR AUSTEN & MILLER, LLP
shannon@starrausten.com

William T. Treas
NIELSEN LAW FIRM, L.L.C.
wtreas@nct-law.com

Jason M. Verdigets
NIELSEN LAW FIRM, L.L.C.
jverdigets@nct-law.com